In Re: )
   **Samuel Mark Bass** )   Case No.  **15-50034**
   **4828 Chadwick Drive** )   Chapter  **13**
   **Concord, NC 28025** )
 )
   **Denise Will Bass** )
   **4828 Chadwick Drive** )
   **Concord, NC 28025** )
 )
 )
 )
SS#  **xxx-xx-4606** )
SS#  **xxx-xx-1533** )
             Debtor(s) )

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **January 15, 2015**.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

# CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

## I. Plan Payments

The plan proposes a payment of **$2,200.00** per month for a period of **60*** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

*Successful liquidation of proposed real estate will likely reduce the necessary plan payment.

## II. Administrative Costs

**1. Attorney fees.**

☐ The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $____ from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

☒ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

**2. Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

## III. Priority Claims

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

**1. Domestic Support Obligations ("DSO")**

a. ☒ None

b. The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

d. Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

**2. Other priority claims to be paid from liquidation of real estate**

| Creditor | Estimated Priority Claim |
|---|---|
| **Cabarrus County Tax Collector** | **$26,649.38** |
| **Credit Bureau** | **$0.00** |
| **Employment Security Commission** | **$0.00** |
| **Internal Revenue Service** | **$20,000.00** |
| **N.C. Department of Revenue** | **$0.00** |
| **City of Concord** | **$17,000.00** |

## IV. Secured Claims

### 1. Real Property Secured Claims

a. ☐ None

b. All payments on any claim secured by real property will be paid bfy the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Uwharrie Bank Mtg** <br><br> ***Paying secured claim in full over life of plan.** | **Residence at 4828 Chadwick Dr, Concord, NC Tax value $205,760** | **R** | **N** | **$1,441.61** | **$10,500.00** | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### 2. Personal Property Secured Claims

a. ☒ None

b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

### 3. Collateral to be Released

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **-NONE-** | |

### 4. Liens to be Avoided

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **-NONE-** | |

**V.     Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **-NONE-** | | | |

**VI.    General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __**100**__ %.

**VII.   Executory Contracts/Leases**

 a. ☒ None

 b. The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

 c. The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VIII.  Special Provisions**

 a. ☐ None

 b. Other classes of unsecured claims and treatment

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

c. Other Special Terms

**Special Provisions**

The Debtors own two parcels of realty, which they propose to liquidate and pay all debts in full.

    a.    6104 Performance Drive, Concord, NC (the "Gallery").

Possible liens against the Gallery are

- F&M Bank
  Claim filed for $802,806.17

- N.C. Department of Revenue
  Tax lien of $65,419.28

- Cabarrus Bank & Trust
  $6,376.82
  Creditor obtained a judgment against the Debtors.

- Springleaf Financial Services
  $6,376.82
  Creditor obtained a judgment against the Debtors.

The Debtors propose to sell the Gallery by December 31, 2015. In order to sell the property, the Debtors must first obtain authorization from this Court. Any liens against the property, not subject to the avoiding powers of the Trustee, must be paid through the sale unless liens are transferred to proceeds or lienholders voluntarily agree to accept lesser amounts in full satisfaction of the debts owed to them. If the property is not sold by December 31, 2015, the Debtors will petition the Court to allow the hiring of a reputable auctioneer to market and auction the property. After any auction, all lienholders not paid in full therefrom will be allowed a period of six months to file deficiency claims. Any timely filed deficiency claim will be allowed as filed unless a party in interest objects.

The Debtors propose to make no payments to any of the possible lienholders listed above in anticipation that the liens will be satisfied through liquidation of the property.

If the Debtors have not sold the property by March 1, 2016, any party in interest may move to have the case converted to Chapter 7.

    b.    4732 Hendrix Court, Concord, NC ("Hendrix Court")

Possible liens against Hendrix Court are

- Uwharrie Bank
  Mortgage claim of $79,044.00

- N.C. Department of Revenue
  Tax lien of $65,419.28

- Cabarrus Bank & Trust
  $6,376.82
  Creditor obtained a judgment against the Debtors.

- Springleaf Financial Services
  $6,376.82
  Creditor obtained a judgment against the Debtors.

The Debtors propose to sell Hendrix Court by December 31, 2015. In order to sell the property, the Debtors must first obtain authorization from this Court. Any liens against the property, not subject to the avoiding powers of the Trustee, must be paid through the sale unless liens are transferred to proceeds or lienholders voluntarily agree to accept lesser amounts in full satisfaction of the debts owed to them. If the property is not sold by December 31, 2015 the Debtors will petition the Court to allow the hiring of a reputable auctioneer to market and auction the property. After any auction, all lienholders not paid in full therefrom will be allowed a

period of six months to file deficiency claims.  Any timely filed deficiency claim will be allowed as filed unless a party in interest objects.

> The Debtors propose to make no payments to any of the possible lienholders listed above in anticipation that the liens will be satisfied through liquidation of this property and/or the Gallery property.

> If the Debtors have not sold the property by March 1, 2016, any party in interest may move to have the case converted to Chapter 7.

> Upon the sale of the Gallery, the Debtors propose to pay all allowed claims filed by the following creditors in the expect amounts listed below

- Cabarrus County Tax Collector
  Claim filed for $26,649.38

- City of Concord
  $17,000.00

- Internal Revenue Service
  $20,000

- All allowed claims of general unsecured creditors.

Date: 2/12/15

/s/ Kristen S. Nardone
**Kristen Nardone 28063**
Attorney for the Debtor
Address: **PO Box 1394**
**Concord, NC 28026-1394**
Telephone: **704-784-9440**
State Bar No. **28063**

In Re:

**Samuel Mark Bass**
**Denise Will Bass**

SS# xxx-xx-4606
SS# xxx-xx-1533

Debtor(s)

NOTICE TO CREDITORS
AND
PROPOSED PLAN

Case No. 15-50034

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**Cabarrus Bank & Trust**
**PO Box 1970**
**Concord, NC 28026**

**Cabarrus County Tax Collector**
**Box 707**
**Concord, NC 28026**

**Capital One, N.a.**
**Capital One Bank (USA) N.A.**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Capital One, N.a.**
**Po Box 85520**
**Richmond, VA 23285**

**Charlotte Radiology**
**PO Box 30488**
**Charlotte, NC 28203**

**Chase- Bp**
**P.o. Box 15298**
**Wilmington, DE 19850**

**City of Concord Tax Collector**
**PO Box 580473**
**Charlotte, NC 28258-0473**

**Cpu/cbna**
**Po Box 6497**
**Sioux Falls, SD 57117**

**Credit Bureau**
**ATTN: Officer or Managing Agent**
**PO Box 26140**
**Greensboro, NC 27402-6140**

**Credit Coll USA**
Ccusa/Attn:Bankruptcy
16 Distributor Dr Ste 1
Morgantown, WV 26501

**Credit Coll USA**
16 Distributor Dri
Morgantown, WV 26501

**Dba Paragon Revenue Gr**
P O Box 127
Concord, NC 28026

**Dba Paragon Revenue Gr**
P O Box 127
Concord, NC 28026

**Dba Paragon Revenue Gr**
P O Box 127
Concord, NC 28026

**Dba Paragon Revenue Gr**
P O Box 127
Concord, NC 28026

**Dba Paragon Revenue Gr**
P O Box 127
Concord, NC 28026

**Dba Paragon Revenue Gr**
P O Box 127
Concord, NC 28026

**Dba Paragon Revenue Gr**
P O Box 127
Concord, NC 28026

**Dba Paragon Revenue Gr**
P O Box 127
Concord, NC 28026

**De Lage Landen**
PO Box 41602
Philadelphia, PA 19101

**Donald Sayers**
PO Box 829
Salisbury, NC 28145-0829

**Employment Security Commission**
PO Box 26504
Raleigh, NC 27611-6504

**Escallate Llc**
5200 Stoneham Rd
North Canton, OH 44720

**Escallate Llc**
5200 Stoneham Rd
North Canton, OH 44720

**Escallate Llc**
5200 Stoneham Rd
North Canton, OH 44720

**F & M Bank**
221 N Main St
Salisbury, NC 28144

**F&M Bank**
221 N. Main Street
Salisbury, NC 28144

**GE Money Bank**
PO Box 981127
El Paso, TX 79998-1127

**GECRB/JC Penny**
**Attention: Bankruptcy**
**Po Box 103104**
**Roswell, GA 30076**

**GECRB/JC Penny**
**Po Box 965007**
**Orlando, FL 32896**

**Healthy @ Home**
**PO Box 602299**
**Charlotte, NC 28260**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Med Data Sys**
**2001 19th Ave Suite 312**
**Vero Beach, FL 32960**

**Med Data Sys**
**1374 S Babcock St**
**Melbourne, FL 32901**

**Medical Data Systems I**
**645 Walnut St Ste 5**
**Gadsden, AL 35901**

**Medical Data Systems I**
**645 Walnut St Ste 5**
**Gadsden, AL 35901**

**Medical Data Systems I**
**645 Walnut St Ste 5**
**Gadsden, AL 35901**

**N.C. Department of Revenue**
**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

**N.C. Department of Revenue**
**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

**Novant**
**PO Box 11549**
**Winston Salem, NC 27116**

**Optimum Outcomes Inc**
**2651 Warrenville R**
**Downers Grove, IL 60515**

**Optimum Outcomes Inc**
**2651 Warrenville R**
**Downers Grove, IL 60515**

**Optimum Outcomes Inc**
**2651 Warrenville R**
**Downers Grove, IL 60515**

**Pmab Srvc**
**4135 S Stream Blvd Ste 4**
**Charlotte, NC 28217**

**Pmab Srvc**
**4135 S Stream Blvd Ste 4**
**Charlotte, NC 28217**

**Pmab Srvc**
**4135 S Stream Blvd Ste 4**
**Charlotte, NC 28217**

**Pmab Srvc**
4135 S Stream Blvd Ste 4
Charlotte, NC 28217

**Pmab Srvc**
4135 S Stream Blvd Ste 4
Charlotte, NC 28217

**Sca Collections Inc**
Po Box 876
Greenville, NC 27835

**Sca Collections Inc**
Po Box 876
Greenville, NC 27835

**Sca Collections Inc**
Po Box 876
Greenville, NC 27835

**Sca Collections Inc**
Po Box 876
Greenville, NC 27835

**Southeast Anesthesiology**
1000 Blythe Blvd
Charlotte, NC 28203

**Spartan Financial Svc**
P.o. Box 1629
Maryland Heigh, MO 63043

**Spartan Financial Svc**
P.o. Box 1629
Maryland Heigh, MO 63043

**Spartan Financial Svc**
P.o. Box 1629
Maryland Heigh, MO 63043

**Spartan Financial Svc**
P.o. Box 1629
Maryland Heigh, MO 63043

**Springleaf Financial S**
845 Church St N Ste 103
Concord, NC 28025

**Stern & Associates**
415 N Edgeworth St Ste 2
Greensboro, NC 27401

**Stern & Associates**
415 N Edgeworth St Ste 2
Greensboro, NC 27401

**Stern & Associates**
415 N Edgeworth St Ste 2
Greensboro, NC 27401

**Stern & Associates**
415 N Edgeworth St Ste 2
Greensboro, NC 27401

**Stern & Associates**
415 N Edgeworth St Ste 2
Greensboro, NC 27401

**Stern & Associates**
415 N Edgeworth St Ste 2
Greensboro, NC 27401

**Stjohncinc**
209 Delburg Street
Davidson, NC 28036

**Transworld Sys Inc/99**
**507 Prudential Rd**
**Horsham, PA 19044**

**Transworld Sys Inc/99**
**507 Prudential Rd**
**Horsham, PA 19044**

**US Bank Equipment Finance**
**1310 Madrid St**
**Marshall, MN 56258**

**US Bank Equipment Finance**
**PO Box 790448**
**Saint Louis, MO 63179**

**Uwharrie Bank Mtg**
**Po Box 338**
**Albemarle, NC 28002**

**Uwharrie Bank Mtg**
**Po Box 338**
**Albemarle, NC 28002**

Date:  February 12, 2015            /s/ Kristen S. Nardone
                                                                      **Kristen Nardone 28063**